UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-80087-CR-MARRA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

STEPHEN WESLEY TRASK,

    Defendant.
_____/

## ORDER AFFIRMING IN PART THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Sealed Report and Recommendation of Magistrate Judge James M. Hopkins to Determine Competency and the Defendant's Objections and Request for Oral Argument [DE 26]. The Court held a hearing on January 29, 2010, has reviewed the Report and Recommendation, pertinent portions of the record and being otherwise fully advised in the premises, it is

**ORDERED and ADJUDGED** that Magistrate Judge's Report and Recommendation is hereby **ADOPTED and AFFIRMED** as to the Magistrate Judge's recommendation that Defendant be found competent to proceed to enter a plea and proceed to trial. Therefore, the Court finds Defendant competent to enter a plea and proceed to trial. The Court reserves ruling on the Magistrate Judge's recommendation that Defendant be found not competent to represent himself.

**DONE and ORDERED** in Chambers at West Palm Beach, Florida, this 29th day of January, 2010.

_____
KENNETH A. MARRA
United States District Judge

Copies furnished to:

All counsel